IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RONALD L. ANDERSON,** )
)
Plaintiff, )
)
v. ) Civil No. 11-423-JPG-CJP
)
**MICHAEL J. ASTRUE**, )
**Commissioner of Social Security,** )
)
Defendant. )

## MEMORANDUM and ORDER

**GILBERT, District Judge:**

This matter is now before the Court on the parties' Stipulation to Remand. **(Doc. 28)**. The parties ask the Court to remand the case for further administrative proceedings pursuant to sentence four of 42 U.S.C. §405(g).

Remand of a social security case can only be ordered pursuant to sentence four or sentence six of 42 U.S.C. § 405(g). A sentence four remand depends upon a finding of error, and is itself a final, appealable order. In contrast, a sentence six remand is for the purpose of receipt of new evidence, but does not determine whether the Commissioner's decision as rendered was correct. A sentence six remand is not an appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999).

Here, the Commissioner confesses error and asks that judgment be entered in favor of plaintiff. Thus, a sentence four remand is appropriate.

The Court notes that Mr. Anderson filed his application for benefits in July, 2006, and the ALJ issued his decision in March, 2009. (Tr. 19-30). Administrative remedies were not

1

completed until March, 2011, when the Appeals Council denied review. (Tr. 1). While recognizing that the Agency has a full docket, the Court urges the Commissioner to expedite this matter to the extent practicable.

For good cause shown, the parties' Stipulation to Remand **(Doc. 28)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Ronald L. Anderson's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

Plaintiff's motion for summary judgment **(Doc. 18)** is **DENIED** as moot.

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**
**DATED: January 13, 2012**

> s./ J. Phil Gilbert
> **J. PHIL GILBERT**
> **UNITED STATES DISTRICT JUDGE**