IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RONALD L. ANDERSON,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Serucity,**

    Defendant.

Case No. 3:11-cv-00423-JPG

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Commissioner of Social Security to deny petitioner Ronald Anderson's application for social security benefits is reversed and this case is remanded to the Commissioner of Social Security for further proceedings and a new decision.

**NANCY J. ROSENSTENGEL**

**By:s/Deborah Agans, Deputy Clerk**

Date: January 13, 2011

Approved:   s./ J. Phil Gilbert_____

          **J. PHIL GILBERT**
          **DISTRICT JUDGE**